RECEIVED BY MAIL
AUG 3 1 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTEREN DISTRICT OF MISSOURI
EASTERN DIVISION

Donita Pendleton 88160 6B
Chillicothe Coerrectional Center
3151 Litton Road
Chillicothe, Missouri 64601

Jenifer Milleton
    Respondant

Vs.

No. 4:11-CV-1116-TIA

Donita Pendleton
    Petitioner

## PETITION TO SHOW CAUSE

Comes now, Petitioner Donita Pendleton 88160, requests the Honorable court to accept this petition to show just cause as to why petitioner instant petition should not be time-barred.

The United States Supreme Court has recongnized the importance and purpose of the Federal Habeas Review, Which is to correct a fundamentally unjust conviction or sentence.

Thus in addition to allowing a petitioner to demostrate cause for a default and actual prejudice to allow federal review, the court has held that an additional exception to procedural bar exists if a petitioner can demostrate a fundemental miscarrige of justice.

The petitioner asserts these facts as to why the instant petition of Habeas Corpus should not be time-barred under 28 U.S.C. & 2244(D)(1). Also under 28 U.S.C. a claim of actual innoce-

nce can be used as a gateway through which a habeas petitioner must pass to have his otherwise barred constitional claim considered on the merits of actual innocence. The petitioner would like to request a Evidentiary Hearing to address all the Constitutional rights that were violated by the 1degree Murder conviction that was gained by duress and manipulation.

    The Petitioner formally request that a Evidentiary hearing be awarded or any other relief the court see's fit in this case.

Respectfully'

*Donita Pendleton*

Donita Pendleton

STATE OF MISSOURI   )

COUNTY OF LIVINGSTON   )

SUBSCRIBED and sworn to me this 26th day August 20 11.

My Commission Expires: March 10, 2012

*Charles Horton*

NOTARY PUBLIC

SEAL: 

CHARLES HORTON
My Commission Expires
March 10, 2012
Livingston County
Commission #08500411

Donita Pendleton #881160 4B110A
Chillicothe Correctional Center
3151 Litton RD.
Chillicothe, MO 64601

KANSAS CITY 641-661
29 AUG 2011 PM 4 L

United States District
Eastern District of Missouri
111 S, Tenth Street
St. Louis, Missouri 63102

RECEIVED BY MAIL
AUG 31 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

APPROVED
AUG 26 2011
PROPERTY STAFF